cc: order, docket, remand letter
to Los Angeles Superior Court
No. BC 446703

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILVA NALBANTIAN,<br><br>     Plaintiff,<br><br>  vs.<br><br>TRAVELERS COMMERCIAL<br>INSURANCE COMPANY, a<br>Connecticut Corporation; and DOES 1 –<br>50, inclusive,<br><br>     Defendants. | ) Case No. 2:10-cv-08345-SJO (FMOx)<br>) Assigned to the Hon. S. James Otero<br>)<br>)<br>) **ORDER RE: AGREEMENT AND**<br>) **REMAND ACTION**<br>)<br>)<br>)<br>) Action Filed: October 1, 2010<br>) Action Removed: November 3, 2010<br>) Trial Date: Not Yet Set |

Upon consideration of the Stipulation Re Agreement and Remand Action ("Stipulation"), executed by Plaintiff Nilva Nalbantian and Defendant Travelers Commercial Insurance Company,

IT IS HEREBY ORDERED that

1. Plaintiff's release contained in the Stipulation is incorporated herein by reference;

///

///

1       2:10-cv-08345-SJO (FMOx)

2.    The instant action be remanded to the Superior Court of California for the County of Los Angeles from which it was removed on November 3, 2010. Within thirty (30) days of remand, Defendant Travelers Commercial Insurance Company will file and serve its responsive pleading to Plaintiff Nilva Nalbantian's First Amended Complaint, filed in the above-captioned Court on November 30, 2010. The parties will bear their own costs with respect to this Stipulation and proceedings in the removed action.

**IT IS SO ORDERED.**

Dated:    12/17/10            By: _____

Honorable S. James Otero
United States District Court for the
Central District of California

Submitted by:
WESTON & McELVAIN LLP
Richard C. Weston (SBN 126491)
Brittany E. McLean (SBN 265898)
27520 Hawthorne Boulevard, Suite 180
Rolling Hills Estates, California 90274
Telephone: (310) 541-8341
Facsimile: (310) 541-8307
E-mail:       rweston@wmattorneys.com
              bmclean@wmattorneys.com

[PROPOSED] ORDER RE AGREEMENT AND REMAND